IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08854 |
| v. | ) | |
| | ) | |
| SEIBERT GROUP 1, LLC d/b/a SG HOME BUILDERS, and JOHN KEARNS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME Plaintiff, NAUTILUS INSURANCE COMPANY ("Nautilus"), and Defendant, SIEBERT GROUP 1, LLC d/b/a SG HOME BUILDERS ("SG") (together, the "Parties"), by and through their respective undersigned counsel, and submit their Joint Status Report pursuant to the Court's November 18, 2025 Docket Entry (Doc. #17), stating as follows:

**I. Discovery Progress**

The Parties have exchanged Initial Disclosures. The Parties further exchanged their first sets of written discovery requests on December 23, 2025. The Parties anticipate responding to the first sets of written discovery requests on or before February 23, 2026. The Parties have not yet scheduled any depositions in this matter.

**II. Prospects of Settlement**

Currently, fact discovery remains in its early stages, and no depositions have yet taken place. Consequentially, the Parties do not believe that a settlement conference at the present time would be productive.

Dated this 30th day of January, 2026.

Respectfully submitted,

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

By: /s/ Jeremy S. Macklin
Jeremy S. Macklin
*One of the Attorneys for Nautilus Insurance Company*

Jeremy Macklin (6303870)
Dana A. Rice (6283827)
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
71 S. Wacker Dr., Suite 2110
Chicago, Illinois 60603
312.332.3900 (t)
312.332.3908 (f)
jmacklin@tlsslaw.com
drice@tlsslaw.com

**BROOKS, TARULIS & TIBBLE, LLC**

By: /s/ Mark W. Schroeder
Mark W. Schroeder
*One of the Attorneys for Siebert Group 1, LLC d/b/a SG Home Builders*

Mark W. Schroeder (6204329)
Douglas C. Tibble (2831783)
BROOKS, TARULIS & TIBBLE LLC
1733 Park St., Suite 100
Naperville, Illinois 60563
630.355.2101 (t)
mschroeder@napervillelaw.com
dtibble@napervillelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the above with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Jeremy S. Macklin
Jeremy S. Macklin

Jeremy S. Macklin (6303870)
Dana A. Rice (6283827)
71 South Wacker Drive, Suite 2110
Chicago, Illinois 60606
Telephone: (312) 332-3900
Facsimile: (312) 332-3908
jmacklin@tlsslaw.com
drice@tlsslaw.com
One of the Attorneys for Plaintiff
*Nautilus Insurance Company*